# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER:11-mj-7005-MEH |
| WAYNE RAMBO | PRO SE (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 111(a) | ASSAULTING, RESISTING, OR IMPEDING CERTAIN OFFICERS OR EMPLOYEES | 09/05/2011 | 1 |

Defendant sentenced to 6 months jail to run concurrent with the defendant's state convictions and assessment fees of $25/25 to be paid upon the defendants' release from custody. The defendant is ordered remanded to the custody of the U.S. Marshals.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $25.00 | $0.00 | $25.00 |

12/30/2011
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

Kristen L. Mix, U.S. Magistrate Judge
Name & Title of Judicial Officer

January 3, 2012
Date

DEFENDANT: WAYNE RAMBO                              CASE NUMBER: 11-MJ-7005-MEH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**6 MONTHS JAIL CONCURRENT TO DEFENDANT'S STATE CONVICTIONS**

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL